HANS JACOBSEN, Respondent, *v.* THE BABCOCK & WILCOX COMPANY, Appellant.

(Argued May 4, 1932; decided June 1, 1932.)

*Clarence S. Zipp* and *E. C. Sherwood* for appellant.
*Elias Bernstein* and *William A. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, HUBBS and CROUCH, JJ.  Dissenting: O'BRIEN, J.